UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LEAH BURGER, individually and on behalf of :
all others similarly situated, :
                    Plaintiff, :
v. :   **ORDER OF DISMISSAL**
:
PORTFOLIO RECOVERY ASSOCIATES, :   21 CV 6699 (VB)
LLC, :
                    Defendant. :
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case in principle. (Doc. #5). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 9, 2021. To be clear, any application to restore the action must be filed by November 9, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: September 10, 2021
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge